STIPULATION FOR DISMISSAL OR SETTLEMENT OF CASES

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELEANOR P. MARTIN, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) Civil Case No. 2:06-cv-00886-DWA |
| AMERICAN COIN MERCHANDISING, INC. d/b/a SUGARLOAF OF PITTSBURGH, & KEN SMITH, | ) ) ) ) |
| Defendants. | ) ) |

We the attorneys for the respective parties, do hereby stipulate that the above captioned matter was settled at the Court ordered mediation held on November 6, 2006; that Plaintiff and Defendants hereby stipulate to dismiss the above-captioned matter with prejudice; and, that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

Date:  November 14, 2006

By:   /s/ Lois Glanby
Lois Glanby, PA  I.D. #80784
Attorney for Plaintiff, Eleanor P. Martin

Date:  November 14, 2006

By:/s/ Marc L. Jacuzzi
MARC L. JACUZZI, CA BAR NO. 173220
ADMITTED PRO HAC VICE
Attorneys for Defendants, Coinstar
Entertainment Services, Inc. and Kenneth Smith

ORDER

AND NOW, this _____16th_____ day of _____Nov._____, 2006, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

1

{CLIENT FILES\30455\2\00066392.DOC}